# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | APPEARANCE |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | CASE NO.: 03 Cr 708 |
| | ) | |
| ALVARO ARDILA-ROJAS, | ) | |
| *Defendant*. | ) | |
| _____ | ) | |

To the Clerk of this court and all parties of record:

I enter my appearance as counsel in this case for Alvaro Ardila-Rojas.

I certify that I am admitted to practice in this court.

Respectfully submitted,

*- Signed -*
Joaquin Perez, Esq.
Co-counsel for Defendant
6780 Coral Way
Miami, Florida 33155
Tel. No. (305) 261-4000
Fax No. (305) 662-4067
Fla. Bar No. 335339

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically mailed this \_\_\_\_ day of June, 2006, to: James B. Comey, AUSA, United States Attorney, One Saint Andrew's Plaza, New York, New York 10007.

Joaquin Perez, Esq.