ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
UNITED STATES OF AMERICA                   :
                                           :    **ORDER**
        v.                                 :
                                           :    05 Cr. 708 (AKH)
MANUEL GARCIA,                             :
    a/k/a "Manolo," et al.                 :
                                           :
                        Defendants.        :
------------------------------------------X

        Upon the application of the United States, by the United States Attorney for the Southern District of New York, by Assistant United States Attorney Boyd M. Johnson III,

        It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

        ORDERED that the Indictment in the above-mentioned action be unsealed and remain unsealed pending further order of the court.

DATED:   New York, New York
             August 30, 2006

                                                UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-30-06

                                             **FRANK MAAS**
                                   United States Magistrate Judge
                                   Southern District of New York